ASHLEY, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Joseph Ashley against the Erie Railroad Company. No opinion. Order unanimously affirmed, with costs.

AUSTIN v. ST. MARKS RESTAURANT CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Edmund O. Austin against the St. Marks Restaurant Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 138 N. Y. Supp. 1106.

A. & M. ROBBINS, Inc., v. HILL et al. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by A. & M. Robbins, Incorporated, against John Hill and others. No opinion. Order affirmed, with $10 costs and disbursements.

BACON, Respondent, v. ZARTMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Francis Bacon, individually and as surviving executor, etc., against George E. Zartman, as trustee, etc.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

ROBSON, J., not sitting.

In re BAKER. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) In the matter of the judicial settlement of the account of Charles J. Baker, as executor, etc., of Louisa A. Guck, deceased. No opinion. Motion to dismiss appeal (from 77 Misc. Rep. 90, 137 N. Y. Supp. 530) granted, with $10 costs.

BALL–CORRIS CO., Respondents, v. OOTHOUT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1913.) Action by the Ball-Corris Company against Christina Oothout. No opinion. Judgment and order affirmed, with costs.

BANCHETTI v. C. K. WILLIAMS CO. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Glovanni Banchetti, as administrator, etc., of Pietro Amato, deceased, against the C. K. Williams Company. No opinion. Motion granted, and appeal (from 75 Misc. Rep. 262, 133 N. Y. Supp. 170) dismissed, with costs.

BANCHETTI, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Giovanni Banchetti, as administrator, etc., of Matteo Mandica, deceased, against the Lake Shore & Michigan Southern Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 139 N. Y. Supp. 1115.

BARKENTHIEN, Appellant, v. PEOPLE, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Dina Barkenthien against the People of the State of New York and others. No opinion. Motion for reargument (of 140 N. Y. Supp. 100) denied, with $10 costs. See, also, 140 N. Y. Supp. 1109.

BARKENTHIEN, Appellant, v. PEOPLE, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Dina Barkenthien against the People of the State of New York and others. No opinion. Motion to strike certain statements from the affidavit of the Attorney General denied, without costs. See, also, 140 N. Y. Supp. 1109.

BARRY, Respondent, v. STROBEL STEEL CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by John Barry, as administrator, etc., against the Strobel Steel Construction Company. No opinion. Judgment and order affirmed, with costs.

BASCIANI v. TITLE GUARANTY & SURETY CO. (Supreme Court, Appellate Term, First Department. February 25, 1913.) Appeal from City of New York, Trial Term. Action by Pasquale Basciana against the Title Guaranty & Surety Company. From a judgment entered upon the verdict of a jury in favor of the plaintiff, and from an order denying a motion for a new trial, defendant appeals. Modified and affirmed. Manton M. Wyvell, of New York City, for appellant. Samuel Wechsler, of New York City, for respondent.

PER CURIAM. We are of opinion that upon the facts in this case the sum of $80 paid to an individual surety upon the plaintiff's bail bond was improperly allowed as an item of damage. The judgment will therefore be modified, by deducting $80 therefrom, and, as modified, affirmed, without costs.

BEAL, Respondent, v. VILLAGE OF NEWARK. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) In the matter of the claim of Carrie E. Beal against the Village of Newark for damages for an alleged change of grade of East Union street and Stansell street in said village. No opinion. Interlocutory judgment affirmed, with costs. See, also, 130 N. Y. Supp. 1033.

BEENY, Respondent, v. TEMPLETON, Appellant. (Supreme Court, Appellate Division,